**Stephen V. KOLBE; Andrew C. Turner; Wink's Sporting Goods, Incorporated; Atlantic Guns, Incorporated; Associated Gun Clubs of Baltimore, Incorporated; Maryland Shall Issue, Incorporated; Maryland State Rifle and Pistol Association, Incorporated; National Shooting Sports Foundation, Incorporated; Maryland Licensed Firearms Dealers Association, Incorporated, Plaintiffs–Appellants**

**and**

**Shawn J. Tardy; Matthew Godwin, Plaintiffs**

**v.**

**Lawrence J. HOGAN, Jr., in his official capacity as Governor of the State of Maryland; Brian E. Frosh, in his official capacity as Attorney General of**

---

the State of Maryland; Colonel William M. Pallozzi, in his official capacity as Secretary of the Department of State Police and Superintendent of the Maryland State Police; Maryland State Police, Defendants–Appellees.

State of Arizona; State of Florida; State of Idaho; State of Kansas; State of Louisiana; State of Michigan; State of Missouri; State of Montana; State of Nebraska; State of New Mexico; State of North Dakota; State of Oklahoma; State of South Carolina; State of South Dakota; State of Texas; State of Utah; State of Wyoming; Commonwealth of Kentucky; Traditionalist Youth Network, LLC; National Rifle Association of America; CRPA Foundation; Gun Owners of California; Colorado State Shooting Association; Idaho State Rifle & Pistol Association; Illinois State Rifle Association; Kansas State Rifle Association; League of Kentucky Sportsmen, Inc.; Nevada Firearms Coalition; Association of New Jersey Rifle & Pistol Clubs; New Mexico Shooting Sports Association; New York Rifle & Pistol Association; Texas State Rifle Association; Vermont Federation of Sportsman's Clubs; Vermont Rifle & Pistol Association; Gun Owners of America, Inc.; Gun Owners Foundation; U.S. Justice Foundation; The Lincoln Institute for Research and Education; The Abraham Lincoln Foundation for Public Policy Research, Inc.; Conservative Legal Defense and Education Fund; Institute on the Constitution; Congress of Racial Equality; National Center for Public Policy Research; Project 21; Pink Pistols; Women Against Gun Control; The Disabled Sportsmen of North America; Law Enforcement Legal Defense Fund; Law Enforcement Action Network; Law Enforcement Alliance of America; International Law Enforcement Educators and Trainers Association; Western States Sheriffs' Association, Amici Supporting Appellant

Law Center to Prevent Gun Violence; Marylanders to Prevent Gun Violence, Incorporated; Brady Center to Prevent Gun Violence; State of New York; State of California; State of Connecticut; State of Hawaii; State of Illinois; State of Iowa; State of Massachusetts; State of Oregon; District of Columbia, Amici Supporting Appellee.

No. 14–1945.

United States Court of Appeals, Fourth Circuit.

March 4, 2016.

ORDER

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant Appellees' petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties and amici curiae shall file, within 10 days of the date of this order, 16 additional paper copies of their briefs and appendices filed under the original briefing schedule.

En banc oral argument of this case is scheduled for Wednesday, May 11, 2016, at 9:00 a.m. in Richmond, Virginia.